### IN THE CIRCUIT COURT FOR CALVERT COUNTY, MARYLAND

| | | |
|---|---|---|
| RUTH R. GREEN | * | |
| PLAINTIFF | * | |
| v. | * | C09-1097 |
| POST NEWSWEEK MEDIA, INC. | * | |
| DEFENDANT | * | |
| | * | |

### ORDER OF COURT

Upon consideration of the Defendant, Post Newsweek Media Inc.'s Motion to dismiss Plaintiff's Complaint, or, In the Alternative, Motion for Summary Judgment, the Plaintiff, Ruth R. Green's Opposition thereto, and the Defendant's Reply in Support of its Motion to Dismiss or For Summary Judgment, a hearing having been presented, it is this 4th day of Nov., 2009, by the Circuit Court for Calvert County, Maryland,

ORDERED, that the Defendant, Post Newsweek Media Inc.'s Motion to dismiss Plaintiff's Complaint or In the Alternative Motion for Summary Judgment is hereby **DENIED**.

_____
JUDGE Steven I. Platt

cc: Stacey L. Schwaber, Esquire
Fred S. Sommer, Esquire
Meredith S. Campbell, Esquire
Linda Thatcher, Esquire

True Copy Test:
_Kathy P. Smith_
Clerk of Circuit Court

ENTERED Nov 4 2009 BY BC

COPIES OF ORDER SENT
BC 11-4-09
L.T _____
D.F _____
PL ATTY ✓
DEF ATTY ✓